RECEIVED
NOV 13 2025
Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

Yolanda Robinson

(Enter above the full name of the plaintiff or plaintiffs in this action.)

vs.

State of Tennessee, (ERICA PASCHAL, BRUCE L. Griffey, Anthony Clark BPR 020681)

(Enter above the full name of the defendant or defendants in this action.)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

Plaintiffs: ______________________

Defendants: ______________________

2. Court (if federal court, name the district; if (state) court, name the county): Carroll County

3. Docket Number: 24-CR-34

4. Name of judge to whom case was assigned: Bruce L Griffey

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Filed a Post Conviction Relief

6. Approximate date of filing lawsuit: 11/06/2024

7. Approximate date of disposition: Not available at this present time.

II. Place of Present Confinement: West Tennessee State Prison

A. Is there a prisoner grievance procedure in the institution?

Yes (✓) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes (✓) No ()

C. If your answer is Yes:

1. What steps did you take? I put in a grievance as well as spoke to four officers at the Carroll County jail.

2. What was the result? Nothing I was sent to prison 7 days after sentencing.

D. If your answer is No, explain why not:

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff Yolanda Robinson

Address 480 Green Chapel Rd, Henning Tn 38041

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)

B. Defendant Erica Paschall, Bruce Griffey, anthony Clark is employed as Lawyer, Judge, DA at 24th Judicial District

C. Additional Defendants: Danny Grownover DTF of the 24th Judicial district

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

I requested the Motion of Discovery when I was incarcerated at Carroll County jail also Jim Nanney requested the Motion of Discovery and Jim Nanney request was filed on 7/10/2024. I also requested a Motion of Discovery, July 2024, April 17, 2025, Sept 2025, Oct 2025, I also requested Public Records Act Request and still havent received it yet. Im falsely imprisoned as well as have been falsely convicted of a crime I didnt commit. Tosha Stubblefield has written a confession taking full Responsibility of the charge I was charge with. Tosha Stubblefield has admitted to it being her charge as well as having it Notarized.

Revised 4/18/08

→ next page.

# Statement of Claim Continue

Everyone played a part in setting me up. (Erica Paschall, Bruce L. Griffey, Anthony L Clark BPR# 020681) Knowing I was innocent. Knowing I hadnt committed the drug sell on August 15, 2022. I only recieved a ride to the store, from the CI Candice Highsmith and Tosha Stubblefield. I never sold [redacted] Candice Highsmith anything, Tosha Stubblefield admitted to her selling the Meth to Candice Highsmith.

Erica Paschall gave me a blank paper on 4/14/2025 to sign stating it was a plea deal, my vision was blurred out that day. Carroll County officers had to hold my arm and guide me to the court room. Once in front of judge Griffey I ask Erica Paschall for a copy of what she had me to sign an she told me NO. She had to fix it, an she would mail it to me. But it never happened. I requested my plea deal in Sept 2025 an what I recieved wasnt what I had signed. The signature on the plea deal was Erica Paschall's which I didnt authorized for her to sign my name to anything

It matches the signature of hers on the paper Im sending to you. That wasnt what judge Griffey read out on 7/8/2024. I was told that I couldnt have my transcripts and still havent recieved the Motion of Discovery, I also reached out to the Board of Proffessional Responsibilities and no cooperation from them.

Defendants Involvement

Erica Paschall: False Conviction documents, False ~~[illegible]~~ information, ineffective Counsel

Bruce L. Griffey: For signing off on a false deversion 10/25/~~[illegible]~~ 2023, False Charge 4/24/2025 Both plea deals.

Anthony L Clark #020681: For proscuating me on the charge they did the charge I was innocent on. But the DA gave me 20 years at 45% which I would die in prison.

Everyone played a part an should be held ~~[illegible]~~ accountable for their actions. Of Malissious proscuation, false conviction, false imprisonme Violation of my rights, and Harrassment of how they

They have done me up until now.

I just want my life back Freed and Compensated.

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I'm asking for 100,000,00 because of my name being Tarnished and my reputation being messed up which has caused me mental stress, from the false deversion false meth charge, false imprisonment, false conviction. Making me believe that I was doing the right thing with the deversion only to come back later to charge me with something else and give me 20 years for nothing. And now I'm stuck here in prison trying to fight and find someone to take my case as well as to believe that I'm innocent of all charges. And I want to be FREED FROM PRISON IMMEDIATELY - Immediately. TODAY Because of all of the Humilation it's casted.

VI. Jury Demand

I would like to have my case tried by a jury. Yes (✓) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this 06 day of November, 20 25.

L J'Marda Robinson #276624

(Signature of Plaintiff/Plaintiffs)